**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN WHITTINGTON, | * | |
| Plaintiff, | * | |
| VS. | * | NO: 2:12CV00086 SWW |
| FOSTER, FILES, & HARRIS LLC, | * | |
| Defendant. | * | |

**ORDER**

The Court's attention has been directed to the fact that plaintiff herein is presently proceeding *pro se*.

The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to so comply <u>can</u> result in dismissal of plaintiff's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. In addition, said rules may be accessed from the internet website of the United States District Court for the Eastern District of Arkansas. Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and

certified mail, return receipt requested.

       IT IS SO ORDERED this 23rd day of May, 2012.

                                <u>/s/Susan Webber Wright</u>

                                UNITED STATES DISTRICT JUDGE