# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN WHITTINGTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | NO: 2:12CV00086 SWW |
| | * | |
| FOSTER, FILES, & HARRIS LLC, | * | |
| | * | |
| Defendant. | * | |

## **JUDGMENT**

Pursuant to the Findings of Fact and Conclusions of Law entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 4th day of June, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE